IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henderson, Yanetta A | Case Number:  05 B 40542 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  9/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 1, 2008
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 49,038.85 | |
| Secured: | | 35,137.98 |
| Unsecured: | | 1,489.43 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,170.26 |
| Other Funds: | | 7,541.18 |
| Totals: | 49,038.85 | 49,038.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Washington Mutual Bank FA | Secured | 24,704.19 | 24,704.19 |
| 3. | Washington Mutual Bank FA | Secured | 7,128.00 | 7,128.00 |
| 4. | Washington Mutual Bank FA | Secured | 4,330.23 | 2,319.42 |
| 5. | Monterey Financial Services | Secured | 441.83 | 441.83 |
| 6. | Washington Mutual Bank FA | Secured | 948.77 | 544.54 |
| 7. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 8. | American General Finance | Unsecured | 1,260.83 | 1,260.83 |
| 9. | Monterey Financial Services | Unsecured | 228.60 | 228.60 |
| 10. | Spiegel | Unsecured | | No Claim Filed |
| 11. | Brinks | Unsecured | | No Claim Filed |
| | | | $ 41,742.45 | $ 39,327.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 774.67 |
| 5% | 220.00 |
| 4.8% | 536.76 |
| 5.4% | 638.83 |
| | $ 2,170.26 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Henderson, Yanetta A

Printed: 2/19/08

Case Number: 05 B 40542
Judge: Hollis, Pamela S
Filed: 9/26/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

